UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
OKSANA S. BAIUL and OKSANA, LTD,

                                                      Civil Action No.: 13-cv-02205-KBF

                *Plaintiffs*,

      – against –                          **NOTICE OF APPEARANCE**

NBC UNIVERSAL MEDIA, LLC, NBC SPORTS
NETWORK, LP, and DISSON SKATING, LLC,

                *Defendants*.
------------------------------------------------------------------------X

       **PLEASE TAKE NOTICE**, that the undersigned counsel of Tacopina, Seigel & Turano, P.C. does hereby enter his appearance on behalf of Defendant DISSON SKATING, LLC. Any and all correspondence, documents, notices and filings should be served upon the undersigned.

                                              Respectfully submitted,

                                                /s/ Joseph Tacopina
                                           JOSEPH TACOPINA, ESQ.
                                           Tacopina Seigel & Turano, P.C.
                                           275 Madison Avenue, 35th Floor
                                           New York, New York 10016
                                           (212) 227-8877
                                           jtacopina@tacopinalaw.com