UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
OKSANA S. BAIUL,                                    Civil Action No.:
                                                    13-cv-02205-KBF
                    *Plaintiff,*

    – against –

NBC UNIVERSAL MEDIA, LLC, NBC SPORTS,                ECF CASE
NETWORK, LP, and DISSON SKATING, LLC,

                    *Defendants.*
-------------------------------------------------------------------X

OKSANA S. BAIUL and OKSANA, LTD,                    Civil Action No.:
                                                    13-cv-02208-KBF
                    *Plaintiffs,*

    – against –

STEPHEN DISSON and DISSON SKATING, LLC,             ECF CASE

                    *Defendants.*
-------------------------------------------------------------------X

## DECLARATION OF STEPHEN DISSON

I, STEPHEN DISSON, declare as follows under penalty of perjury:

1.      I am an officer and principal of Defendant Disson Skating, LLC ("Disson Skating")

in the above-captioned actions. I respectfully submit this Declaration in support of Defendants'

motions for summary judgment. I have personal knowledge of all facts stated herein.

2.      While my deposition testimony covers much of the factual issues raised by these

motions, I wish to clarify a few points for the record.

3.      **First,** it was not until August 8, 2011 that I learned that Plaintiff Oksana Baiul

("Baiul") was backing out of the two skating shows in which she agreed to perform, namely the

Improv-Ice show with the band Styx in December 2011 in Greenville, S.C. ("Improv-Ice Show") and

the Skating Romance Show in Kent, WA in January 2012 with recording artist Kenny G ("Romance Show"). I learned this from an August 8, 2011 email from Baiul's agent, Steve Martin.

4.      **Second**, Defendant Disson Skating, which is a Virginia entity and was not formed until March 2012, had no involvement with these shows because these shows predate its existence. These shows were produced by a separate entity Disson Skating LLC of Pennsylvania ("Disson PA").

5.      **Third**, the venues for these two shows – the BI-LO Center and the Showare Center – paid for all advertising for these events, not Disson PA.

6.      **Fourth**, none of the income generated from these two shows was in any way caused by Disson PA's extremely limited use of Baiul's name and likeness. At the time that all of the sponsors for these shows agreed to be sponsors, they all had been informed of the current skating cast list, which did not include Baiul.

7.      **Fifth**, copies of all of the print and internet advertising for the Improv-Ice Show are attached hereto as Exhibit 1, none of which mention Baiul. Furthermore, copies of all of the print and internet advertising for the Romance Show are attached hereto as Exhibit 2, none of which mention Baiul.

8.      **Sixth**, all of the radio advertisements for these two shows are contained on a CD-Rom, which is Exhibit 3 hereto. None of these advertisements mention Baiul.

9.      **Seventh**, as to the alleged Entertainment Hotline posting, which apparently mentioned Baiul, Disson PA had no involvement with this posting and I only learned of it after Baiul commenced litigation in 2013.

10.   I declare under penalty of perjury that the foregoing is true and correct.

Dated: McLean, Virginia
       October 22, 2013

STEPHEN DISSON

Ex. 1



**PANDORA**
UNFORGETTABLE MOMENTS

Thursday, December 15, 2011
BI-LO Center – Greenville, SC • 7:00pm

Pre-sale Offer:
Purchase $59 and $49 tickets for
**only $45!**
Use passcode: SKATE
Friday, Oct. 21, 10am- Oct. 23, Midnight

This offer is available online only. On sale October 24, 10am.

**BI-LO CENTER** www.bilocenter.com

DISSON 000345



DISSON 000356





PANDORA
UNFORGETTABLE MOMENTS
Skating Series

Thursday, December 15, 2011
BI-LO Center – Greenville, SC • 7:00pm

"Improv-Ice" features four top male (Michael Weiss, Johnny Weir, Jeremy Abbott & Ryan Bradley) and four top female (Nancy Kerrigan, Sasha Cohen, Alissa Czisny and one other female skater). The skaters will each select two numbers randomly the day of the show to choreograph. Of the two numbers selected by each skater, one will be performed matter of hours with no coach or choreographer.

live by Styx.

**Go to www.bilocenter.com to redeem a $3 ticket discount Promo Code: Skating**
Also, U.S. Figure Skating members are invited to attend a special "Q&A Session" with a member of the cast on December 15 prior to the show. Present your U.S. Figure Skating membership card at the BI-LO Center Box Office at 5 p.m. to enter the area for the "Q&A Session."



# To celebrate BI-LO's 50th Anniversary, we are offering 2 tickets for $50!

## Coupons available at Customer Service Center.



headlined by Olympic Medalists Sasha Cohen and Nancy Kerrigan

skating to music performed LIVE by



# December 15·7:30pm

# BI-LO CENTER

www.bilocenter.com

DISSON 000367

*Available on $49 and $39 seats. Additional fees apply. Limit 8 . Subject to availability.



NATIONALLY BROADCAST CONCERT EVENT WITH STYX
TESTING PROFESSIONAL ICE SKATERS SASHA COHEN, NANCY KERRIGAN,
RYAN BRADLEY, NICOLE BOBEK, JEREMY ABBOTT,
MIRAI NAGASU, MICHAEL WEISS, AND JOHNNY WEIR
iMPROV Ice
Styx
SKATING TO MUSIC PERFORMED LIVE BY STYX
BI-LO CENTER
DECEMBER 15TH
ticketmaster
800-745-3000
GET YOUR HOLIDAY FAMILY 4-PACK OF TICKETS FOR ONLY $85

December 15  **BI-LO CENTER**

**iMProv** *Ice*

**BI·LO**

**For BI-LO's 50th Anniversary**
**we are offering**
**2 ticket for $50!**

Headlined by Olympic
Medalist Sasha Cohen
and Nancy Kerrigan

Pick up discount coupon at Customer Service Center.

skating to music
performed live by



DISSON 001304





PANDORA®
UNFORGETTABLE MOMENTS
SKATING SERIES

Thursday, December 15, 2011 • 7:00pm
BI-LO Center – Greenville, SC

"Improv-Ice" features tour top male (Michael Weiss, Johnny Weir, Jeremy Abbott & Ryan Bradley) and four top female (Nancy Kerrigan, Sasha Cohen, Alissa Czisny and Mirai Nagasu.)   The skaters will each select two numbers randomly the day of the show to choreograph in a matter of hours with no coach or choreographer. Of the two numbers selected by each skater, one will be performed live by Styx.



featuring



Pre-sale Offer:
Purchase $59 and $49 tickets for
Only $45!
Use passcode: SKATE
Friday, Oct. 21, 10am- Oct. 23, Midnight

ON 001341

This offer is available online only. On sale October 24, 10am.
BI-LO CENTER   www.bilocenter.com

Ex. 2



**An evening of majestic figure skating choreographed to LIVE musical performances**



Performance Date: January 26, 2012
NBC National Air Date: February 4, 2012

ShoWare Center's intimate configuration for an ice skating performance and its rising reputation as a premier concert venue in the Pacific Northwest make it an ideal host for "Pandora Unforgettable Moments of Love on Ice" part of the Pandora NBC Skating Series presented locally by The Joint Center at Valley Medical Center.

The evening will feature amazing athletes from the world of figure skating choreographed to LIVE musical performances by & Kenny G Gladys Knight.

The event will be filmed for broadcast on NBC TV nationally on Saturday, February 4, 2012, locally on KING 5 originating from Kent, Washington.

Reserved seats are $39.50, $59.50, $69.50 & $125 plus fees, and are on sale now at ShoWare Center's Box Office, ShoWareCenter.com Facebook/ShoWareCenter or by phone 253.856.6999. Special all-inclusive dinner packages available for $100, suites and special pricing available for groups of 10 or more.

## Show Hosts:





**Kristi Yamaguchi**
1992 Olympic Gold Medalist
2x World Champion
US National Champion

**Nancy Kerrigan**
1994 Olympic Silver Medalist
1992 Olympic Bronze Medalist
1993 National Champion

## Musical Guests:




**Kenny G**
Biggest-selling instrumental musician of the modern era
Sold more than 75 million albums worldwide.
Holiday album "Miracles" is the best selling holiday album of all-time.

**Gladys Knight**
7-time GRAMMY Winner
Hits include "Every Beat of My Heart," "I Heard it Through the Grapevine," "If I Were Your Woman," "Best Thing to Ever Happen to Me,"
#1 smash "Midnight Train to Georgia."

## Cast of Skaters:






**Ekaterina Gordeeva**
2x Olympic Gold Medalist
4x World Champion

**Ilia Kulik**
1998 Olympic Gold Medalist
World Silver Medalist

**Joannie Rochette**
2010 Olympic Bronze Medalist
2009 World Silver Medalist
6x Canadian National Champion

**Miki Ando**
2010 Olympic Silver Medalist
2007 & 2011 World Champion
3x Japanese National Champion







**Ryan Bradley**
2011 US National Champion

**Sasha Cohen**
2006 Olympic Silver Medalist
2006 US National Champion

**Steven Cousins**
8x British National Champion

**Marie-France Dubreuil & Patrice Lauzon**
Five-Time Canadian Champions
Two-Time World Silver Medalists



**Kurt Browning**
Four-Time World Champion
Four-Time Canadian Champion

## Presented By:





**The Joint Center**
VALLEY MEDICAL CENTER

DISSON 001353

# January 26, 7PM





KENNY G & GLADYS KNIGHT
in Pandora Unforgettable Moments of Love On Ice
featuring amazing athletes from the world of figure skating
choreographed to love-themed music performed LIVE!
*Hosted by Kristi Yamaguchi & Nancy Kerrigan*



| Ekaterina Gordeeava | Sasha Cohen | Joannie Rochette |
| 2x Olympic Gold | '06 Olympic Silver | '10 Olympic Bronze |

*Plus... Ilia Kulik, Kurt Browning, Miki Ando, Ryan Bradley,*
*Steven Cousins and Marie-France Dubreuil & Patrice Lauzon.*

Tickets start at $39.50, available at ShoWareCenter.com, 253.856.6999
or at ShoWare Center's Box Office, Kent.

*Sponsored by The Joint Center Valley Medical Center*



**PANDORA**
OF LOVE ON ICE

**January 26,
7:00 PM**

# TAG FOR TICKETS!

Use your SMARTPHONE to download Microsoft TAG reader, scan this TAG and you will be eligible to win a PAIR OF TICKETS to KENNY G & GLADYS KNIGHT with nine champion figure skaters performing to love-themed LIVE MUSICAL event that you will not want to miss. Tagging to WIN will continue until January 21, the more you TAG the more chances to WIN!



**PANDORA**
OF LOVE ON ICE

**Telecast on
NBC Sports**



**Kenny G & Gladys Knight joined by
championship skaters:**

Ekaterina Gordeeva
Sasha Cohen
Joannie Rochette
Ilia Kulik
Kimmie Meissner

Ryan Bradley
Kurt Browning
Mika Ando
Steven Cousins



**Get the free mobile app at**
http://gettag.mobi



DISSON 001688





# PANDORA®
UNFORGETTABLE MOMENTS

*presents*





# PANDORA®
UNFORGETTABLE MOMENTS
## OF LOVE ON ICE

## *Live Music*





Kenny G          Gladys Knight

Graceful skating from:
Ekaterina Gordeeva
Sasha Cohen
Joannie Rochette
Ryan Bradley & more!

# Thursday, January 26 - 7:00 PM
# at ShoWare Center - Kent

## Ask your Ben Bridge Associate for Details!

*Sponsored by*



**The Joint Center**
VALLEY MEDICAL CENTER


*your personal jeweler since 1912*

DISSON 000806

# PANDORA®
UNFORGETTABLE MOMENTS

*presents*



## PANDORA®
UNFORGETTABLE MOMENTS
OF LOVE ON ICE



*Live Music*





Kenny G          Gladys Knight

MEET US Figure Skater
**KIMMIE MEISSNER**
'06 World Champion
'07 US Champion
This Saturday at 1:00 PM
Pandora - Southcenter Mall

# Thursday, January 26 - 7:00 PM
# at ShoWare Center - Kent
### Ask your Ben Bridge Associate for Details!

*Sponsored by*



**The Joint Center**
VALLEY MEDICAL CENTER


*your personal jeweler since 1912*

DISSON 000807



The Joint Center
VALLEY MEDICAL CENTER

DISSON.000800



PANDORA®
UNFORGETTABLE MOMENTS

OF LOVE ON ICE

JANUARY 26, 2012
SHOWARE CENTER

ShoWare CENTER KENT



JANUARY 26-31
Buy $150 of Pandora Jewelry
GET A PANDORA RING





With Ring Upon Ring, you build a look that is more and more you. Mix and match from a collection or inspired, hand-finished designs until you know you have it exactly right. Then take your rings home and combine them again and again to fit any occasion.

PANDORA.net

PANDORA®
UNFORGETTABLE MOMENTS





## January 26, 7PM

### PANDORA°
UNFORGETTABLE MOMENTS
OF LOVE ON ICE

**ShoWare**
CENTER KENT

KENNY G & GLADYS KNIGHT
in Pandora Unforgettable Moments of Love On Ice
featuring amazing athletes from the world of figure skating
choreographed to love-themed music performed LIVE!
*Hosted by Kristi Yamaguchi & Nancy Kerrigan*



| Ekaterina Gordeeava | Sasha Cohen | Joannie Rochette |
| 2x Olympic Gold | '06 Olympic Silver | '10 Olympic Bronze |

*Plus... Ilia Kulik, Kurt Browning, Miki Ando, Ryan Bradley,
Steven Cousins and Marie-France Dubreuil & Patrice Lauzon.*

Tickets start at $39.50, available at ShoWareCenter.com, 253.856.6999
or at ShoWare Center's Box Office, Kent.

*Sponsored by The Joint Center Valley Medical Center*

DISSON 000636



# PANDÖRA®
### UNFORGETTABLE MOMENTS
## OF LOVE ON ICE

## January 26th at 7PM
### at ShoWare CENTER KENT



Kenny G & Gladys Knight, in
*"Pandora's Unforgettable
Moments of Love on Ice"*
featuring amazing athletes
from the world of figure
skating  choreographed to
LIVE, love-themed music.

sponsored by

## The Joint Center
VALLEY MEDICAL CENTER

valleymed.org/joint

SSON 001645



DIXSON 000804

## January 26th @ 7:00 PM

### Kenny G and Gladys Knight in





Plus Ilia Kulik, Kurt Browning, Miki Ando, Ryan Bradley, Steven Cousins and Kimmie Meissner!



# PANDORA®
UNFORGETTABLE MOMENTS
OF LOVE ON ICE

**FEATURING AMAZING ATHLETES FROM THE WORLD OF FIGURE SKATING CHOREOGRAPHED TO LOVE-THEMED MUSIC PERFORMED LIVE!**



Ekaterina Gordeeva
2x Olympic Gold



Sasha Cohen
'06 Olympic Silver



Joannie Rochette
'10 Olympic Bronze

## Thursday, January 26 at 7:00 PM
### Tickets start at $39.50

Call 253.856.6999, or visit ShoWareCenter.com
Facebook.com/ShoWareCenter or at ShoWare Center's Box Office in Kent.
**Telecast on NBC Sports, Saturday, February 4.**

Sponsored by



**The Joint Center**
VALLEY MEDICAL CENTER





**Kenny G and Gladys Knight in**



PANDORA

OF LOVE ON ICE

January 26
7:00pm

## FEATURING AMAZING ATHLETES FROM THE WORLD OF FIGURE SKATING CHOREOGRAPHED TO LOVE-THEMED MUSIC PERFORMED LIVE!

**APPEARING:**



Ekaterina Gordeeva
2x Olympic Gold

Joannie Rochette
'10 Olympic Bronze



Sasha Cohen
'06 Olympic Silver





**Plus… Ilia Kulik, Kurt Browning, Miki Ando, Ryan Bradley, Steven Cousins and Marie-France Dubreuil & Patrice Lauzon!**

## Thursday, January 26 at 7:00pm
### Tickets start at $39.50
Call 253.856.6999, or visit www.ShoWareCenter.com,
Facebook.com/ShoWareCenter or at ShoWare Center's Box Office in Kent.

**Telecast on NBC Sports, Saturday, February 4.**



ShoWare
CENTER | KENT

Sponsored by
**The Joint Center**
VALLEY MEDICAL CENTER

PANDORA®
UNFORGETTABLE MOMENTS
OF LOVE ON ICE

Telecast on
NBC Sports



DISSON 000815

# TAG FOR TICKETS!

Use your SMARTPHONE to download Microsoft TAG reader, scan this TAG and you will be eligible to win a PAIR OF TICKETS to KENNY G & GLADYS KNIGHT with nine champion figure skaters performing to love-themed LIVE MUSICAL event that you will not want to miss. Tagging to WIN will continue until January 21, the more you TAG the more chances to WIN!

### Kenny G & Gladys Knight joined by championship skaters:

Ekaterina Gordeeva
Sasha Cohen
Joannie Rochette
Ilia Kulik
Kimmie Meissner

Ryan Bradley
Kurt Browning
Mika Ando
Steven Cousins



**Get the free mobile app at**
http://gettag.mobi

PANDORA®
UNFORGETTABLE MOMENTS
OF LOVE ON ICE

**January 26,
7:00 PM**



**PANDŎRA**
ᴼᶠ LOVE ON ICE

# WIN

**PANDŎRA**
ᴼᶠ LOVE ON ICE

**January 26
7:00 PM**

# TICKETS!

**Telecast on
NBC Sports**

Use your SMARTPHONE to download Microsoft TAG reader, scan this TAG and you will be eligible to win a PAIR OF TICKETS to KENNY G & GLADYS KNIGHT with nine champion figure skaters performing - a love-themed LIVE MUSICAL event that you will not want to miss.

Tagging to WIN will continue until January 21, the more you TAG the more chances to WIN!

## Kenny G & Gladys Knight perform LIVE joined by championship skaters!



### *Hosted by Kristi Yamaguchi & Nancy Kerrigan*

#### Skaters Appearing:

Ekaterina Gordeeva       Ryan Bradley
Sasha Cohen                  Kurt Browning
Joannie Rochette           Mika Ando
Ilia Kulik                        Steven Cousins
          Kimmie Meissner



**Get the free mobile app at**
http://gettag.mobi

DISSON 000816

# WIN TICKETS!

**PANDŎRA·**
UNFORGETTABLE MOMENTS
ᴼᶠ LOVE ON ICE

**January 26**
**7:00 PM**

**PANDŎRA·**
UNFORGETTABLE MOMENTS
ᴼᶠ LOVE ON ICE

**Telecast on**
**NBC Sports**

Use your SMARTPHONE to download Microsoft TAG reader, scan this TAG and you will be eligible to win a PAIR OF TICKETS to KENNY G & GLADYS KNIGHT with nine champion figure skaters performing – a love-themed LIVE MUSICAL event that you will not want to miss.

Tagging to WIN will continue until January 21, the more you TAG the more chances to WIN!

## Kenny G & Gladys Knight perform LIVE joined by championship skaters!





**Hosted by Kristi Yamaguchi & Nancy Kerrigan**



## Skaters Appearing:






**Get the free mobile app at**
http://gettag.mobi

**The Joint Center**
VALLEY MEDICAL CENTER
valleymed.org/joint



Ekaterina Gordeeva
Sasha Cohen
Joannie Rochette
Ilia Kulik
Kimmie Meissner
Ryan Bradley
Kurt Browning
Mika Ando
Steven Cousins





**Ex. 3**

