```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
OKSANA S. BAIUL,                                 :
                                                 :
                        Plaintiff,               :      13-cv-2205 (KBF)
         -v-                                     :
                                                 :      MEMORANDUM
                                                 :      DECISION & ORDER
                                                 :
NBCUNIVERSAL MEDIA, LLC, et al.,                 :
                                                 :
                        Defendants.              :
------------------------------------------------------------X
 OKSANA S. BAIUL AND OKSANA, LTD,                :
                                                 :
                        Plaintiff,               :      13-cv-2208 (KBF)
         -v-                                     :
                                                 :
                                                 :
STEPHEN DISSON AND DISSON                        :
SKATING, LLC,                                    :
                                                 :
                        Defendants.              :
------------------------------------------------------------X
 OKSANA S. BAIUL,                                :
                                                 :
                        Plaintiff,               :      13-cv-8683 (KBF)
         -v-                                     :
                                                 :
                                                 :
WILLIAM MORRIS AGENCY, LLC et al.,               :
                                                 :
                        Defendants.              :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 5, 2014

KATHERINE B. FORREST, District Judge:

  Having had several frivolous lawsuits dismissed and fees assessed by the Court, plaintiffs now move for recusal and the vacating of all orders and judgments. (13-cv-2205 ECF Nos. 109-13, 13-cv-2208 ECF Nos. 64-68, 13-cv-8683 ECF Nos. 175-79.)  Plaintiffs' motions are DENIED, and defendants' motions for an extension

of time to respond to plaintiffs' motions (13-cv-2205 ECF No. 114, 13-cv-2208 ECF No. 69) are DENIED AS MOOT.

First, plaintiffs' motions are untimely. At no point in their motions do plaintiffs point to any facts that were not a matter of public knowledge for years before these actions commenced. Plaintiffs could have brought these motions at any prior stage in the litigation, and they have no valid reason for failing to do so until now.

Second, plaintiffs' arguments in support of their motions are frivolous. I have never represented NBCUniversal Media, LLC or Disson Skating, LLC, and my former client's acquisition of their parent company more than two years after I joined the federal bench does nothing to change this fact. Plaintiff has presented no valid reason why recusal under 28 U.S.C. § 455 is warranted in these actions.

The Clerk of Court is directed to close the motions in case number 13-cv-2205 at ECF Nos. 109 and 114, the motions in case number 13-cv-2208 at ECF Nos. 64 and 69, and the motion in case number 13-cv-8683 at ECF No. 175.

SO ORDERED.

Dated:   New York, New York
         August 5, 2014

_____
KATHERINE B. FORREST
United States District Judge